## UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| **YVETTE JACKSON,**<br>**PLAINTIFF,**<br>v.<br><br>**EAST ST LOUIS BOARD OF**<br>**EDUCATION DISTRICT 189, et al** | )<br>)<br>)<br>)<br>)<br>) Case Number:  3:19-CV-01030-SMY-RJD |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiff, Yvette Jackson in the above referenced matter.

DATED:  October 24, 2019

/s/ Dedra Brock-Moore 6304412
Law Offices of Dedra Brock-Moore, LLC
1 S. Church Street, Suite 401
Belleville, IL 62220
618-235-0800 office
618-235-3346 fax
dmoore@dedramoorelaw.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing documents was served on all parties of interest via the Court's ECF system on October 24, 2019.

/s/ Dedra Brock-Moore

Jackson v. East St. Louis Board of Education District 189, et al